IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THE PILLSBURY COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ALVIN BURGER<br><br>Defendant. | c-01-CV-770 ADM/AJB |

**ORDER**

Plaintiff, THE PILLSBURY COMPANY ("PILLSBURY") and Defendant, ALVIN BURGER ("BURGER") have moved this Court for an Order Court pursuant to Rule 42 (a)(2) for entry of a dismissal with prejudice of PILLSBURY's Complaint against BURGER in view of the Consent Judgment Agreement dated June 12, 2001. A copy of the Consent Judgment Agreement is attached hereto.

THEREFORE, it is hereby ordered that the joint motion is GRANTED. It is further ordered that PILLSBURY's Complaint against BURGER is dismissed with prejudice in view of the Consent Judgment Agreement dated June 12, 2001 between PILLSBURY and BURGER.

So Ordered.

UNITED STATES DISTRICT JUDGE

DATE: 10/9/01

ANN D. MONTGOMERY

FILED OCT 0 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK